UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOLMER,

    Plaintiff,

v.

MULE CREEK STATE PRISON,

    Defendant.

Case No. 20-cv-06638-RMI

**ORDER OF TRANSFER**

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff states that his life has been in danger at multiple prisons including Mule Creek State Prison where he is currently incarcerated (*see* dkt. 1).[1] Mule Creek State Prison is located in the Eastern District of California. Accordingly, because Plaintiff and all potential defendants are located in the Eastern District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is therefore **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: October 1, 2020

ROBERT M. ILLMAN
United States Magistrate Judge

---

[1] Plaintiff was previously incarcerated at RJ Donovan Prison which is located in the Southern District of California.